

Affirmed.[2]

Justice ZAPPALA concurs in the result.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Edwin Warren HILL, Petitioner.**

Supreme Court of Pennsylvania.

April 27, 1999.

Raymond D. Roberts, Asst. Public Defender, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 27th day of April, 1999, the petition for allowance of appeal is **granted limited** to the issue of whether the violation of Pa.R.Crim.P.Rule 1405 entities Petitioner to a discharge. Furthermore, the order of the Superior Court as it pertains to the Rule 1405 issue is **vacated** and this matter is **remanded** to the trial court for an evidentiary hearing and argument concerning the defendant's right to relief for untimely sentencing. *See Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

**John WITHERSPOON, Petitioner,**

v.

**CITY OF PHILADELPHIA, Respondent.**

Supreme Court of Pennsylvania.

April 28, 1999.

Richard G. Freeman, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 28th day of April, 1999, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

In determining whether the statute of limitations has been tolled, must the court inquire into whether the plaintiff has made good faith efforts to serve process after the initial thirty-day service period has expired?

■

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jarmaine Q. TRICE, Appellant.**

Supreme Court of Pennsylvania.

April 29, 1999.

---

**2.** Because of our disposition of this case, we do not address the commission's claims directly, and we express no opinion as to the continued viability of the holding in *Pennsylvania Human Relations Commission v. Lansdowne Swim Club,* 515 Pa. 1, 526 A.2d 758 (1987) that the commission "need not prove that it has jurisdiction as a condition precedent to judicial enforcement of an administrative subpoena." 526 A.2d at 763.

Joel S. Moldovsky, Philadelphia, for Jarmaine Q. Trice.

Catherine Marshall, William G. Young, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Sherry Lynn RYAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 5, 1998.

Decided May 3, 1999.

David J. Foster, Lemoyne, for Sherry Lynn Ryan.

Robert A. Graci, Chief Dep. Atty. Gen., Marianne E. Kreisher, Dep. Atty. Gen., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 3 rd day of May, 1999, this appeal is dismissed as improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.

Justices ZAPPALA and NIGRO dissent and would decide the appeal on the merits.

